than the one for which they have been convicted. In view of the vicious and cold blooded nature of the assaults on the three complainants, we see no reason to substitute our judgment for that of the trial court's. The judgments of the circuit court are affirmed.

Judgments affirmed.

BURKE and GOLDBERG, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. ISAAC ADAMS, Defendant-Appellant.

(No. 60051;

First District (1st Division)—September 16, 1974.

Julius Lucius Echeles, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Jerome Charles Randolph, and Daniel F. Murray, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES L. WALKER, Defendant-Appellant.

(No. 57902;

First District (2nd Division)—September 17, 1974.